UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-60285-SINGHAL

MARIA CRISTINA SCOTT
and JESSE SCOTT,
                       Plaintiffs,

v.

LIME BAY CONDOMINIUM,
INC., NO. 4,
                       Defendant.
_____/

## NOTICE OF SETTLEMENT AND MEDIATION REPORT

The Parties reached a settlement over the course of this week without formal Mediation, and finalized the settlement terms via conveyance of Plaintiffs' executed *Settlement Agreement* today. Pursuant thereto, Defendant's counsel has twenty (20) days from the date of this filing to dispatch and deliver to Plaintiffs' counsel Settlement Payment and the *Settlement Agreement* fully executed by the Defendant.

| | |
|---|---|
| MARCY I. LAHART, P.A. | VENZA LAW, PLLC |
| s/*Marcy LaHart* | s/*Denese Venza* |
| Marcy I. LaHart, Esq. | Denese Venza, Esq. |
| 207 SE Tuscawilla Road | 931 Village Boulevard, #905-322 |
| Micanopy, FL 32667 | West Palm Beach, FL 33409 |
| (352) 545-7001 | (561) 596-6329 |
| marcy@floridaanimallawyer.com | dvenza@venzalawpllc.com |
| Florida Bar No. 0967009 | Florida Bar No. 0599220 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2020, a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

BY: s/*Denese Venza*
Denese Venza, Esq.