**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-602850-AHS**

MARIA CRISTINA SCOTT
 and JESSE SCOTT,
       Plaintiffs,

v.

LIME BAY CONDOMINIUM,
INC., NO. 4,
       Defendant.
_____/

**JOINT MOTION FOR DISMISSAL**

  Plaintiffs, MARIA CRISTINA SCOTT and JESSE SCOTT, and Defendant, LIME BAY CONDOMINIUM, INC., NO. 4 (Plaintiffs and Defendant are collectively referred to herein as "the Parties"), hereby jointly stipulate that:

  1. The Parties have amicably resolved their differences.

  2. The Parties have executed a *Settlement Agreement*.

  3. The Parties have agreed to bear their own respective costs and attorneys' fees incurred in this case, except as otherwise agreed in the *Settlement Agreement*.

  4. The Parties wish for this Court to retain jurisdiction for any dispute concerning or arising from said *Settlement Agreement*, including interpretation and effect, and any action to enforce any provision, which shall be filed as a re-opening of this action ("retention of jurisdiction").

  5. The Parties' request for dismissal of this action is expressly conditioned upon the Court's retention of jurisdiction.

  WHEREFORE, the Parties, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully and jointly request and move that the Court enter their proposed

1

Final Order of Dismissal of Entire Case with Prejudice, which has been annexed hereto as Attachment "1"[1] and is incorporated herein,

Jointly and respectfully submitted,

| *Co-Counsel for Plaintiffs* | *Co-Counsel for Plaintiffs* | *Counsel for Defendant* |
|---|---|---|
| MARCY I. LAHART, P.A. | VENZA LAW, PLLC | COLE, SCOTT & KISSANE |
| s/ *Marcy LaHart* | s/ *Denese Venza* | s/ *Edward S. Polk* |
| Marcy I. LaHart, Esq. | Denese Venza, Esq. | Edward S. Polk, Esq. |
| 207 SE Tuscawilla Road | 931 Village Blvd, #905-322 | 9150 South Dadeland Blvd, #1400 |
| Micanopy, FL 32667 | West Palm Beach, FL 33409 | Miami, FL 33256 |
| (352) 545-7001 | (561) 596-6329 | (305) 350-5338 |
| marcy@floridaanimallawyer.com | dvenza@venzalawpllc.com | edward.polk@csklegal.com |
| Florida Bar No. 0967009 | Florida Bar No. 0599220 | Florida Bar No. 239860 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2020, I electronically filed a true and correct copy of the foregoing JOINT MOTION FOR DISMISSAL with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

BY: /s/ *Denese Venza*
Denese Venza, Esq.

## SERVICE LIST

| **VIA CM/ECF:** | **VIA CM/ECF:** |
|:---:|:---:|
| *Co-counsel for Plaintiffs* | *Counsel for Defendant* |
| MARCY I. LAHART, P.A. | COLE, SCOTT & KISSANE, P.A. |
| Marcy I. LaHart, Esq. | Edward S. Polk, Esq. |
| 207 SE Tuscawilla Road | 9150 South Dadeland Blvd, #1400 |
| Micanopy, FL 32667 | Miami, FL 33256 |
| (352) 545-7001 | (305) 350-5338 |
| marcy@floridaanimallawyer.com | edward.polk@csklegal.com |
| Florida Bar No. 0967009 | Florida Bar No. 239860 |

---

[1] Pursuant to Local Rule 7.1(A)(2) and section 3I(6) of the CM/ECF Administrative Procedures, the parties' proposed Final Order of Dismissal of Entire Case with Prejudice has also been submitted in Word format to: raag_singhal@flsd.uscourts.gov.