UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60285-CIV-SINGHAL

MARIA CRISTINA SCOTT and JESSE SCOTT,

     Plaintiffs,

v.

LIME BAY CONDOMINIUM, INC., NO. 4,

     Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Dismissal (DE [32]).  The Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Dismissal (DE [32]) is **GRANTED**.  This cause shall stand **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs, except as otherwise agreed in the Settlement Agreement.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of August 2020.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF